UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE JEANEEN TORREZ, | No. 2:16-cv-1078-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Josette Torrez, represented by counsel, initially commenced this social security action in the Sacramento division of this district. (ECF No. 1.) However, upon closer review, the complaint alleges that plaintiff is a resident of Woodlake, California, which is located in Tulare County. Thus, the action should have been commenced in the Fresno division of this district. See E.D. Cal. L.R. 120(d). As such, transfer of the action to the Fresno division is appropriate. E.D. Cal. L.R. 120(f).

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the Fresno division of this district.

Dated: January 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1