**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSETTE JEANEEN TORREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,[1]<br><br>Defendant. | **Case No. 1:17-cv-00095-EPG**<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE** |

On May 19, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of benefits. (ECF No. 1.) Pursuant to this Court's scheduling order and subsequent stipulations, Plaintiff filed her opening brief on November 4, 2016. (ECF No. 14.) Defendant has filed one stipulation requesting an extension of time to file her opposition brief. (ECF No. 15.) In that stipulation, Defendant agreed to file her opposition brief no later than January 19, 2017. No opposition brief has been filed to date and Defendant has not requested any further extensions.

Defendant is thus ordered to show cause why sanctions, up to and including dispositive sanctions, should not issue for her failure to comply with court orders. Defendant is ordered to file a written response to this Order to Show Cause within **7 days** of the date of this Order. If

---

[1] Consistent with Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill, the new acting Commissioner of Social Security, is substituted in place of Carolyn W. Colvin.

Defendant requires more time to file an opposition brief, Defendant should so state in the response. **Failure to respond to this Order to Show Cause within the time specified may result in sanctions.**

IT IS SO ORDERED.

   Dated: __**February 9, 2017**__     /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE