# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE JEANEEN TORREZ,<br><br>Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-00095-EPG<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(ECF No. 31) |

On November 16, 2017, the parties filed a stipulation for the award and payment of attorney fees and expenses in this action. (ECF No. 31.) Based upon the Stipulation, IT IS ORDERED that Plaintiff Josette Jeaneen Torrez be awarded attorney fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920, subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **November 20, 2017**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE